DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC LUCAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4048

[August 10, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 04-19511 CF10A and 07-22229 CF10A.

Daniel Tibbitt of Law Offices of Daniel J. Tibbitt, Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***